OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Robert Edward FABER, Respondent.

No. 307 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Feb. 24, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 24th day of February, 1997, there having been filed with this Court by Robert Edward Faber his verified Statement of Resignation dated January 19, 1997, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Robert Edward Faber be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Angela E. NOLAN, Respondent.

No. 305 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Feb. 24, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 24th day of February, 1997, there having been filed with this Court by Angela E. Nolan her verified Statement of Resignation dated December 26, 1996, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Angela E. Nolan be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.